# United States District Court
# Central District of California

| | |
|---|---|
| BEN CLYMER'S THE BODY SHOP PERRIS LLC, | Case No. 5:14-cv-02338-ODW (SP) |
| Plaintiff, | **ORDER TO SHOW CAUSE RE:** |
| v. | **SETTLEMENT** |
| MUTUAL OF OMAHA BANK, N.A.; and DOES 1–20, inclusive, | |
| Defendant. | |

In light of the Notice of Settlement (ECF No. 22), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by January 22, 2016, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

December 22, 2015

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**