1  LAW OFFICE OF ETHAN H. NELSON
   Ethan H. Nelson (State Bar No. 262448)
2  Email: EthanNelsonEsq@gmail.com
   4 Park Plaza, Suite 1025
3  Irvine, California 92614
   Telephone: (949) 229-0961
4  Fax: (949) 861-7122

5  Attorney for Plaintiff, Ben Clymer's The
   Body Shop Perris, LLC
6

7  Alan I. Nahmias, Esq. [SBN 125140]
   Jeffrey E. Wulkan, Esq. [SBN 83037]
8  MIRMAN, BUBMAN & NAHMIAS, LLP
   21860 Burbank Blvd. Ste. 360
9  Woodland Hills, California 91367
   Telephone: (818) 451-4600
10 Fax: (818) 451-4620
   Email: anahmias@mbnlawyers.com
11

12 Attorneys for Defendant Mutual of Omaha
   Bank
13

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN CLYMER'S THE BODY SHOP PERRIS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MUTUAL OF OMAHA BANK, NA; and DOES 1 to 20 Inclusive,<br><br>Defendants. | NO. 5:14-cv-02338-ODW (SPx)<br><br>[PROPOSED] ORDER APPROVING STIPULATION AND DISMISSING CASE WITH PREJUDICE<br><br>Judge: Hon. Otis D. Wright II<br>Magistrate Judge: Hon. Sheri Pym<br>Complaint Removed: 11/14/2014<br>OSC Date: 1/22/2016 |

The Court has read and considered the Stipulation to dismiss voluntarily this entire Action with prejudice filed jointly by Plaintiff Ben Clymer's The Body Shop Perris, LLC and Defendant Mutual of Omaha Bank, NA. For the reasons stated in

{00388420} -1-
ORDER APPROVING STIPULATION AND DISMISSNG CASE WITH PREJUDICE

1  the Stipulation, and for good cause shown, the Court hereby approves the
2  Stipulation and dismisses this Action with prejudice.  The OSC re settlement set for
3  January 22, 2016 is vacated. All other dates are hereby vacated.

4

5  **SO ORDERED** this ___19th___ day of January, 2016

6

7  _____
8  Hon. Otis D. Wright, II
   United States District Court Judge
9

{00388420}                    - 2 -
ORDER APPROVING STIPULATION AND DISMISSNG CASE WITH PREJUDICE